**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARRIN DEWANE NELSON, | ) | NO. ED CV 16-1006-PSG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Motion for Extension of Time," this action is dismissed without prejudice.

DATED: _____5/23_____, 2016

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE